## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-1275

Tayvin Galanakis

Appellee

v.

City of Newton, Iowa

Appellant

Rob Burdess

Nathan Winters and Christopher Wing, individually and in their official capacities with the Newton Police Department

Appellants

------

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00044-SHL)

------

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until June 27, 2024 to file the brief.

May 16, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Stephanie N. O'Banion