August 7, 2024

Maureen Gornik, Clerk of Court
Eighth Circuit Court of Appeals
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, Missouri 63102

Re: <u>Tayvin Galanakis v. City of Newton, et al.</u>
    Case No.: 24-1275

Dear Ms. Gornik:

After a review of the upcoming session dates for oral argument, I want to alert the Court I have conflicts that would interfere should the above-captioned appeal be set for oral argument on any of the following dates:

September 23-27, 2024
January 13-17, 2025
March 17-21, 2025


Sincerely,

BOLES WITOSKY STEWART LAW PLLC


BY: _____
    Adam Witosky
    adam@bwsiowa.com