UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 24-1275
_____

Tayvin Galanakis

Plaintiff - Appellee

v.

City of Newton, Iowa

Defendant - Appellant

Rob Burdess

Defendant

Nathan Winters; Christopher Wing, individually and in their official capacities with the Newton Police Department

Defendants - Appellants

------------------------------------------------------------

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00044-SHL)

------------------------------------------------------------

**JUDGMENT**

Before COLLOTON, Chief Judge, BENTON, and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court as to Tayvin Galanakis's Fourth Amendment claim is affirmed, and otherwise defendants' appeal is dismissed in accordance with the opinion of this Court.

April 17, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler